UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-359-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM BULLOCK | **ORDER** |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's proposed sealed document (Document Number 42) filed on July 29, 2019 be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the sealed filing to counsel for the Government and Defendant.

This the __29th__ day of July, 2019.

_____
The Honorable Louise Wood Flanagan
United States District Judge